The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

FILED - KZ
August 26. 2025 8:52 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__ems__  Scanned by ES 8/26

**1:25-cv-1008**
**Maarten Vermaat**
**U.S. Magistrate Judge**

UNITED STATES Supreme Court

Western District of Michigan

Hala Y. Jarbou Chief Judge

Kalamazoo

107 Federal Bldg

400 W. Michigan Ave

Kalamazoo MI 49007   Phone 269.337 5706


Injunction and Declaratory Judgement
By Cause of Diversity of People
and Conspiracy to deprive/Interfere with
Constitutional Rights. There being a Substantial
Controversy Between Parties having adverse Interests
of Sufficient Emediency And Reality to Warrant
a Federal Injunction Before My Rights are Squandered
and My Rights to Contract are Violated.


Plaintiff Michael Clifton Merkle

Appeale Detainee in Calhoun County Jail

Case # C-258960 XRef 18C20213

Bldg Reg Ticketing officer Donald Wilkins Code-OFC

left Address on ticket 69 W Michigan Ave Battle Creek 49037

Judge Michelle Richards 10th District Judicial

Petition

Pg1 side 1

Plaintiff/Appeal

Clifton Michael Merkle inmate # 311390

Calhoun County Jail Detention Center

Case # C251800  XRef BC25001148

Judge Paul Beardsley P-42177

     Pro se filer. I am Indigent and
Detained in the Calhoun County Jail. I am an
American Citizen in Distress and have no Money
to pay any filling fees. I Request a waiver of
filling fees. I have Been Detained and arranged as
Both Named Persons to 2 different addresses

        Vs

Defendant

- Calhoun County Sheriff
- Battle Creek Police Dept
- City of Battle Creek
- Calhoun County
- Spring Field City
- Vandercourt CHRIST & Fisher PC 269-965-7000
     Ashley Smith Attorney P-85937
      70 Michigan Ave W. Ste 450
      Battle Creek MI 49017
- Judge Paul Beardsley P 42177
      Mental Health Court 10th District Court
- 37th Circuit Court

           page 1 of 2

| Resident:<br>CLIFFTON MERKLE<br>(311390) | Location:<br>CCCC-F-29 | Subject:<br>~~PRD~~ | Topic:<br>~~Preliminary~~ |
| Assigned: | Flag:<br>~~Initial~~ | Ref #:<br>~~21655571~~ | Status:<br>~~Replied~~ |

~~Brent Bolkema~~  - ~~8/05/2025~~ 11:28 AM CT

sending a replacement  _I have no paper, I must use what I have._

Summary of  Prayer for Declaratory Judgement.

Cause – Diversity of People, as no tribe member of Fractional 49017 Deed
Having Been conveyed only part of the Fractional Right I have been conveyed all Right.
1st Title known address Trust 1st
619 West Michigan Ave Battle Creek, MI 49037-2228
2nd Title known address Trust 2nd
619 Michigan Ave West, Springfield, MI 49017 (Fractional)

Summary

As a Constitutional Declaratory Judgement to Quiet
Title on my property will settle and answer the Cause against
ML in Case # C 257800 V-REF BC 25001148, Judge Paul
Beardslee P-42177, 10th District Court, Calhoun County, MI
161 E Michigan Ave, Battle Creek, MI 49014, Phone 269 969-6678

Evidence Summary of Prayer
Having Been Assigned a Grant of Release of All Claim and
assignment of All Right, To include forever Assignable 1832 presidential
Grant of Andrew Jackson- Release of All Claim and assignment of
All Rights to include, limited Monopoly, As shown Patent in orders
Written in Congress. Having Received My Grant of All Right by
Mr Simons of Sassy Sims LLC as shown in Court Record
at Marshall, MI Federal Court Register of Deeds. Having
Appeared in person and paid the $100 for Cover of the "For Fee"
Portion of the For Fee Patent. Having Paid the Clerk the Fee
and Produced my Texas Real Drivers license showing name Michael Clifton
Merkle. Having Called the Clerk to Perform and act as a Federal Court
Judge For the Purpose of Deposing Myself and the Grantor Mr. Simons

(Page 2 Side 1)

This Conveyance is the truth and Nothing But the truth So Help me God

of Larry Sims LLC. It was Recorded in the Registration or about Oct 05 2023 The Grant and assignment of Both Trust Deeds #1, and #2

(Trust Deed #1) 619 W. Michigan Ave, Battle Creek MI 49037

(Trust Deed #2) 619 Michigan Ave, Springfield, MI 49017 (Factions/Right of Redem)

As I am ~~incarcerated~~ Incarcerated in the Calhoun County Detention Center, I have attempted to File a Freedom of Information Request to Show My proof of Title and Proof of Homestead Declaration update of Patent Name Registration as Homestead Declaration

On or about 07/15/2024, I did File Forms By Registered Mail and Email delivery upon the Elected Treasurer of Battle Creek MI. I do not Recall her name I was informed that All Communication via E Mail with the Elected treasurer was Freedom of Information ~~And~~ Accessable to The Public via Request for Public Information. Having Requested My Property Records about March 25th 2025, I was denied My access By the Assistant Attorney of Battle Creek for Cause of Being incarcerated. I feel disclosure of My communication will exonerate Me of All Charges I am currently Incarcerated. Having updated My Land Patent Homestead Name Registration as a Disabled, Natural Person of the Republic of Texas. I reserved my Soverin Rights as described and protected under the revised Constitution of the Republic of Texas as Described to Expressly By Affidavit of Jurisdiction. Having Declared this property to be My only Homestead long term Residence, ~~Raising~~ Having Shown My proof of Social Security ~~Benefit~~ SSI + SSDI Beneficiary as Disabled by proof of Receipt of Banking Records American Express Blue Bird Bank checking Account Registered to 619 W. Michigan Ave Battle Creek MI 49072-2228. Also shown of record is a Same proof of Banking Record for Creation of an IRS Code# 628 Beneficiary Deemed Owner Private ~~the~~ Living Trust named, "The Rehab Network Trust" Address 619 Michigan Ave West Springfield, MI 49017. I have Included with these proof My Copy of My Texas Real Driver license Name, Michael Clifford Merkle. On or about 07/15/2024 I recieved My Tax Tribunal Decision of unanimous vote of 100% Tax exempt ~~the~~ Tax modification order to include the 3 previous years Before I was Conveyed the property under Tax 2023.

08/8/25 Michael Clifford Merkle (Page 2 Side 2)

Bases for Challenging Actions & Proceedings
A Patent For land given as upon
ordinary sale there of is of No Validity,
unless the Authority had Jurisdiction to
issue it; and it is Beyond their jurisdiction
when the land is held by a prior
Reservation from sale which is still in
Force Headley V's Leonard (1876) 35
Mich. 71. Public Land 156

Claimant Seeking Declaratory Judgement
must allege Facts that under all
Circumstances Show that there is Substantial
Controversy Between Parties having adverse
Legal interests of sufficient Immediacy
and Reality to Warrant injunction

Elements for a Conspiracy to
deprive Constitutional Rights
- To State a Claim for Conspiracy
to deprive Constitutional Rights a plaintiff
must allege (1) An aggreement Between
a two or more State actors or
Between a state actor and a private
entity (2) To act in concert to inflict
an Unconstitutional injury (3) An overt
act done in Furtherance of that goal
Cause Damage

(1) I allege an aggreement Between
the 10th District Judicial Court and
"Mental Health" Court and
Undercourt, CHRIST, & Fisher PC,
Ashley Ann Smith P-85997, Exists
To Rober Her/Their Clients, who are
Provided by the 10th District Court.

those Clients are then Retured to
"Diagnostic Service Providers" who
are Contracted to refere Patients to
the 10th District Court/Calhoun County
Detention Center, Inpatient ~~Mental~~
Mental health Treatment Aka County
Jail.

(2) Proof of their acting in concert
is that Before I met Attorney Ashley
Smith, She already had an Advice
of Rights, Which at the top stated
I had a Right, As a Detainee, to
a hearing before a judge within 5
to 7 days. At The Bottom was a Form
Filled Area Check Boxed off Stating,
Wave your right to a hearing, Indefinetly
and submit to a mental Health
Evaluation. I stated, I did not wish

to prolong My hearing Indefinetly,
I started My property Records will
show me to be the Owner of the Parell
But having a different address. I
am charged as a Burder and 2 Rfo's
to the Springfield 49017 address.
However, I Perfected My Homestead
Patent Name Registration under
Battle Creek, 49037, Being the
Supreme Federal Custady Deed, Attorney
ashley smith Stated over and over,
You are not waiving your right to
a hearing. I said, I Know. I want my
hearing ASAP - I have no way to facilitate
Bond, I wish my hearing AsAp. She
Stated, Unless you submit to the
waiving of your Right to a hearing
and Partisipate in a Mental Health

evaluation, I dont Know if I can rely on your testimony, I Stated, No need to rely on My testimony, It is public Records with the Elected Treasurer, of Battle Creek, Treasurer of State of Michigan and State of Michigan Tax Assessors This is fact, having Recieved a notice of Tax modification From Tax Tribunal on 07/15/2024 Signed by the Tax Commissioner. that Ashley Smith has Filled No Discovery or Records Request is plain obviase. She Stated, You were evicted, I stated, I have 5 years 100% Tax exemption and No Mortgage, Since the City, County, State, Federal Government Can not be an injured party without

a Defaulted Depter from Mortage
I could not possibly be evicted. I
was indeed at My house in winter
without heat or electric Because
While I was gone helping My Son
With a Property Emergency for the
last few Months, The Sheriff
unbeknowsed to Me, had
Foreclosed on my springfield tax
deed and sold it at Auction!
that The Tax tribunal was
Known is shown By my notice to
the City and Court House, My
Right of exemption includes a
right of Return for All Effected
Parcels for all tax paid By tax
Payer, including interest Paid by
the tax Payer, who ever has

Possesion of the tax Rolls The local
municifality or the County are
to Retain a Copy of of my Tax
Modification and Turn over the Tax
Rolls to Me within 30 days - Interest
will be recored for the Federal Government
- Instead of turning over the
tax Rolles they have ignored that
My Homestead Patent Registation
and tax Modification exists period.
they are acting as though the
Spoonfield tax deed is the only
Deed that exists. Even after
they Arraigned me As Michael
Merke For a building Code Violation
on 8 Jun, 17, 2029. It is a tolet
written on My Homstead address
619 W. Michigan Ave Rolls Creek, MI
49037-2228. I asked For a Show

Cause Hearing and Wrote to Judge
Michelle Richards to explain that I
have Been Detained ~~for~~ since
01-17-2025 for burglary and two
felony TPO to officer and Detained
as Clifton Burke to this same
property Parcell they Just ~~Det~~
Arraigned me for a Building Code
Violation. They dismissed the charges
Before I Could Come in the Hearing
and give evidence on the Record. Yet
Continue to Detain Me. That I have
written Ashley Smith Many times
with this information is fact. Yet
she has never responded.

(3) ~~They~~ ~~they~~. About April 17th
I was called to a video Court Hearing
here at the Jail with no notice.

When I went into the Video Booth
I of and it was a Mental Health
Diagnostic Powder. There was no
attorney nor advocate Present. It
was noted that it was Not being
recorded. 10th Judicial Court is a Court
of Record and I was called to a Court
hearing on The evaluator stated, There
was no patient/client protection and
he was not my Attorney. It was stated
I did not have to participate in
the evaluation. I stated that I
had received my right to a speedy
hearing within 5-7 days and the
State only had 5-7 days in which to
perform a mental Health Evaluation
Not 2 months later after they
deny My Right to a hearing within
5-7 days! I informed him that

I was invoking My 5th Amendment
right to silence and was not participating
I went to Court on 5-17-2024
and the Prosecutor read on the Record
the Findings of the Diagnostic
Evaluator. It was stated though
there was no History of Mental illness,
Since I did not participate a Not
Competent to stand trial was
entered against me as a
Default not as cause of a
RE evaluation but as a default!
The Judge asked The Prosecutor
and My Attorney if they were ok
with that Diagnosis they both
Said yes. The Judge said on
the record, "Well, there is the
presumption of Competence

to overcome, Judge Backley
stated he would write something up
and get back with everyone with
a judgement in a couple days. I
had court scheduled on 5/27/2025
However they did not contact me until
a couple days later I received a letter
they found me Not Competent Not
Redeemable. I would be moved
to a treatment Facility when a
bed becomes available.

I believe this to be a direct
Attack against me in Regards to the
illegal sheriff sale of my Spingfield
Fractal Share Deed and the unconstitutional
eviction. This is an attack to keep
me silent and unable to enter

evidence in My name or call
witnesses to testify on My behalf.
This is definitely acting in Bad Faith
to cause damage.

I only have 2 more half Sheets
of paper so While I have many
examples I must be brief.
I have tried 5 times to Appeal
to 27th Circuit, Each time denied.
The Scheme they have here Blocks
access to the Court unless you can
pay out of pocket for Filing Fees.
Form MC-20 - Fee Waiver Request
Instructions State, If an Inmate is
Submitting the Form it Must
Have a Certified 12 month Account
Statement of Inmate Trust Account
Amount Recieved and Spent to

Page of

Accompany the Form. July 15,25
I was denied My Appeal by the
Clerk because I did not have an
account statement.

The Jail here, though I have
asked 5 different times and grieved
2 times, A Certified Statement is
not available. Nobody will give me
an account statement of any kind.
the 37th Circuit Court told me
not to petition again until I seek
legal advice. I am in jail and my
assigned attorney Refuses to Respond.
My access to the Court is effectively
Blocked.

I was called to a Second
Mental Health Evaluation July 14th
2025. This is called as a Court

Hearing taking place in a Court Room
Video Booth. Once again No Attorney or
adequate and Not Recorded. I said,
the last time I invoked My 5th
Amendment I was deemed Incompetent
By default. I had better participate
If I ever wanted to get out of this
scheme. The Diagnostic agent
laughed at Me!

Coercion means - threat of Serious,
harm to or physical restraint against
any person, or any scheme plan or pattern
Intended to cause a person to Believe
that a failure to perform an act would
result in serious harm to or physical
restraint against any Person or the
abuse or threat of abuse of Law or
the legal Process (22 7k02)

Page #19

Involuntary Servitude - includes a
condition of servitude in which a person
of any reason plus a further obtained to
cause a person to believe that if the
person did not perform or continue in
such condition, that person would suffer
serious harm or physical restraint or
the abuse or threat of abuse of the
legal process (22 USC 7102)

that this qualifies as Coercion
and Involuntary servitude under the
Trafficking Victims Protection Act (2000)
Severe Forms of Trafficking in persons
means - Recruitment, harboring, transportation,
provision or obtaining of a person for
labor or SERVICES through the use
of force, fraud, or coercion for the
purpose of subjection to involuntary
servitude peonage, debt bondage or slavery

Trafficking Victims protection Act 2000 was designed to combat what congress called "Modern day slavery" it targets organized systems of Commercial Exploitation through force, Fraud or coercion and it typically involves traffickers who control nearly every aspect of a victims life. Housing Transportation, Identification, Finances and the Ability to leave.

I have written the department of Justice 315 W. Allegan St Lansing MI 48933 517-377-1511 Michigan Supreme Court 925 W. Ottawa St Lansing MI 48912 517-373-0120, United States Court of Appeals for Sixth Circuit, 100 E 5th St Cincinnati, OH 45202 513-564-7000

The Court of Appeals for the 10th Circuit, I have included signatures from 6 other detainees who attest to the same scheme plan and pattern to deprive them of their Constitutional Rights. There names and Inmate numbers are; Charles Ware #273605, John Sperbeck #66918, Rody Alison #293055, Kevin Muro #273838, Michael Caldwell #264788, Michael Hazard #257605, All have signed the Petition I sent. We are requesting an injunction and Declaration Judgement Concerning our Rights to speedy trial and hearing and our right to present evidence and gather it, or Right to call witnesses to testify.

That this Country has an illegal
Client Referral Per Client Services
Scheme plan and Pattern in
violation of MCLA 400.604
Soliciation offer or receipt of
Kickback or bribe in connection
with Furnishing goods or services

(Sec 4) A person who solicits, offer
or recieves a Kickback or bribe in
connection with the Furnishing of
Goods or Services for which payment is
or may be made in whole or in part
persuant to a program established under
act no 280 of the Public act of 1939
who makes or recieves a rebate of a fee
or charge for referring an individual to
another person for the Furnishing of the
goods and Services is guilty of a felony

Punishable by imprisonment for
not more than 4 years, or by fine of
30,000 or Both.
- Vandercourt Christ & Fisher &
Ashley Smith are ~~private~~ Private
Practice Providers Not the Public
Defender office. They know when they
get assigned a client they are to
sell that Client into the Mental
Health Court System by Force
and Coercion as they did me. A
Right to Hearing with in 7 days
is simply Not Happening!

Limitations for injunction, Declaratory
Judgment - Wilson v Garcia 471 US.
261 280 (1985) In view of our Holding
that §1983 Claims are Best
Categorized as Personal Injury Actions

the
~~on~~ Court of Appeals correctly
Applied the Statute of Limitations
Governing actions for an injury to
the person or reputation of Any Person.
— A Judicial Ruling Decision to
declare Me Mentally Incompetent
with No History of Mental illness or
Medical Evaluation is an attack
against My right to Contract and
a direct injury to my reputation.

Summary liability
Monell vs Department of Social
Services 436 US 658, 690-91 (1978)
Congress did intend municipalities and
other Local Government units to be
included among those persons to Whom
§1983 applies. Local Government Bodies
there for, Can Be sued directly under

Page 13

§1983 for Monetary, Declaratory, and
Injunctive Relief where the action
that is ~~been~~, illegal to be ~~used litterly~~
unconstitutional, Implements or exec of
a policy statement, ordinance, regulation
or decision officially adopted or
promulgated by that bodies officers.

    — Decision Declaring Me Mentally
Incompetent to Further Deprivary
and Interfiering with My Constitutional
Rights by his official Written opinion
Judicial Decision.

    — Issuence of Patent Generally
one who has perfected his homestead
entry is entitled to a patent which
Relates back to the time entry
was made and takes Date with it
Flint & P.M. Ry. Co. V Gordon (1879)

2 N.W. 648, 41 Mich. 420
Public land Co.
— Having Perfected My Homestead
Patent name Registration update,
I Request Injuction Relief for
detainment of My Body and
a declaratory Decision For
Release of Discovery of My Property
Records and Sealing of all Records
as Private Business Information
I swear everything here is
the truth and Nothing but the truth
So help me, GOD.
Having Declared the American Continent
of Indians to Be the True Rightful
owners of My Property to the Shiag's
Secretary of State. I was offered and
accepted Registration as The Wyandot Nation
Municipal tribal Sheriff
Oct 2024-Oct 2025

Stephen Michael Mielke #515918
Calhoun County Jail
185 E Michigan Ave
Battle Creek, MI 49014

GRAND RAPIDS MI 495

23 AUG 2025 AM 4  L

17

USA ★ FOREVER

United States Supreme Court
Western District of Michigan
107 Federal Bldg
410 W. Michigan Ave
Kalamazoo, MI 49007